**STATE of Missouri, Respondent,**

v.

**Gary D. MACK, Appellant.**

**No. WD 33798.**

Missouri Court of Appeals,
Western District.

Aug. 30, 1983.

Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

S. Francis Baldwin, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

PER CURIAM.

### ORDER

Appeal from conviction of Attempted Robbery First Degree.

Judgment affirmed. Rule 30.25(b).